# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUIS FLORES,

    Plaintiff,

v.                                          No. 18-cv-0587 KRS/SMV

WAL-MART STORES EAST, L.P.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:** September 11, 2018, at 10:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **September 11, 2018, at 10:30 a.m.** Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                             **STEPHAN M. VIDMAR**
                                             **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel must coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.